# JOHN McDONELL
### v.
# JAMES HENRY

### 1807

#### JOURNAL ENTRIES

1. Declaration filed; appearance; rule to plead . *Journal, infra,* *p. 62
2. Jurors; verdict . . . . . . . . . . . . " 83
3. Motion in arrest . . . . . . . . . . " 84
4. Argument heard . . . . . . . . . . " 105
5. Judgment . . . . . . . . . . . . " 118

#### PAPERS IN S. C. FILE

1. Writ of habeas corpus and return . . . . . . . . .
2. Copy of district court record . . . . . . . . . . .
3. Declaration . . . . . . . . . . . . . . .

#### PAPERS IN D. C. FILE

1. Commission to take deposition . . . . . . . . . . .